NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LIVE FACE ON WEB, LLC, a Pennsylvania limited liability company,<br><br>            Plaintiffs,<br>  v.<br>UNITED CALIFORNIA DISCOUNT CORPORATION, a California corporation,<br><br>            Defendants.<br><br>UNITED CALIFORNIA DISCOUNT CORPORATION, a California corporation,<br><br>            Third-Party Plaintiff,<br>  v.<br>TWEOPLE, INC., a Florida corporation,<br><br>            Third-Party Defendant. | Case No. 2:14-CV-06392-RSWL-PLA<br><br>[Assigned to the Honorable Ronald S.W. Lew – Courtroom 21]<br><br>**ORDER**<br><br>Complaint filed: February 22, 2012 |

145281.00601/100128413v.1

1

**[PROPOSED] ORDER**

1 | Based upon the Stipulation of the parties, and GOOD CAUSE appearing, the Court hereby approves the Proposed Stipulated Protective Order filed April 20, 2015 by Plaintiff Live Face on Web, LLC Defendant United California Discount Corporation, **as modified by the Court**.

DATED:  4/21/15

By: _____
Hon. Paul L. Abrams
United States Magistrate Judge

145281.00601/100128413v.1